JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON,<br><br>                Petitioner,<br><br>   v.<br><br>CLERK OF THE COURT,<br><br>               Respondent. | Case No. CV 20-01304 FMO (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: March 18, 2020

                                              _____/s/_____
                                              FERNANDO M. OLGUIN
                                              UNITED STATES DISTRICT JUDGE